1  DENISE BOURGEOIS HALEY
   ATTORNEY AT LAW 143709
2  LAW OFFICES OF LAWRENCE D. ROHLFING
   12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3  SANTA FE SPRINGS, CALIFORNIA  90670-4712

4  TEL: 562/868-5886
   FAX:  562/868-5491
5  E-MAIL: rohlfing_office@msn.com

6  Attorney for plaintiff

7

8                    **UNITED STATES DISTRICT COURT**

9                     **EASTERN DISTRICT OF CALIFORNIA**

10

11  BOUNTHAM SRIPHONGSAY,             )   Case No.  1:08-CV-01411-SMS
                                      )
12              Plaintiff,            )   ORDER DISMISSING CASE WITH
         vs.                          )   PREJUDICE
13                                    )
    MICHAEL J. ASTRUE,                )
14  COMMISSIONER SOCIAL               )
    SECURITY,                         )
15                                    )
                Defendant             )
16  _____ )

17       Based upon the parties' Amended Stipulation to Dismissal With Prejudice

18  ("Stipulation"),

19       **IT IS ORDERED** that the above-captioned matter is dismissed pursuant to

20  Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, which dismissal is with

21  prejudice, and subject to the terms and conditions of the Stipulation.

22       DATED:  May 13, 2009_____

23

24

25                       ___/s/ SANDRA M. SNYDER_____
                         UNITED STATES MAGISTRATE JUDGE
26

-1-

PDF created with pdfFactory trial version www.pdffactory.com